24

## Rembrandt Lamp Corporation, Appellee, v. Tyne Company, Appellant. Milwaukee Valve Company, Appellee.

### Gen. No. 40,771.

Heard in third division, first district, at June term, 1939; opinion filed December 13, 1939; rehearing denied January 8, 1940. Owens & Owens, for appellant; Jacobson, Merrick, Nierman & Silbert, for certain appellee; David Silbert and Robert B. Shapiro, of counsel; Warren B. Buckley, for certain other appellee; James A. Velde, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."

## Carrico and Wilgus, Inc., Appellee, v. C. E. Freeman, Appellant.

### Gen. No. 9,336.

Heard in this court at October term, 1938; opinion filed December 15, 1939. Andrews & Essington, for appellant; Shultz & Reid, for appellee. Opinion by PRESIDING JUSTICE DOVE. "Not to be published in full."